## ZAKRZEWSKI v LENCZYCKI

Ohio Appeals, 6th Dist, Lucas Co

No 3007. Decided Jan 21, 1935

Steven L. Markowski for plaintiff in error.

Cornell Schreiber, Toledo, and S. R. Urbanski, Toledo, for defendant in error.

## OPINION

**By THE COURT**

On September 20, 1934, a judgment was entered in the Court of Common Pleas in favor of the defendant in error on a general verdict. On November 28, 1934, the plaintiff in error filed a petition in error in this court to reverse the judgment of the Court of Common Pleas. On the petition in error was a praecipe directed to the Clerk of Courts requesting the issuance of summons in error for the defendant in error. Through some inadvertence, the summons in error was not issued and delivered to the sheriff until December 1, 1934, and service thereof was made some two or three days later.

The defendant in error, without entering her appearance, files what she terms an answer to the petition in error, alleging in substance the aforesaid facts and asking that the petition in error be dismissed for the reason that the proceedings in error were not commenced within the statutory time therefor.

Considering this answer as a motion and the evidence submitted thereon showing that the facts are as above stated, it follows that the petition in error must be dismissed at the costs of the plaintiff in error. **McLarren v Myers, 87 Oh St, 88.**

Petition in error dismissed.

RICHARDS, OVERMYER and LLOYD, JJ, concur.